130 A.3d 1245

STATE OF NEW JERSEY, PLAINTIFF–PETITIONER,
v. J.R., DEFENDANT–RESPONDENT.

February 12, 2016.

It is ORDERED that the petition for certification is granted, limited to the issue of whether the State's expert testimony exceeded the permissible scope of admissible Child Sexual Abuse Accommodation Syndrome (CSAAS) testimony.